IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARLETTA MORRIS                                                                    PLAINTIFF

v.                                          CASE NO. 06-5213

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                     DEFENDANT

**O R D E R**

On this 23rd day of January, 2007, the court has before it for consideration plaintiff's

request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C.

§ 2412.  For reasons set forth in the report and recommendation filed by the Honorable James

R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on

September 11, 2007, the court finds that the Magistrate's recommendations should be adopted

*in toto* and hereby awards plaintiff's attorney fees in the amount of $909.62, representing 5.83

hours of work at a rate of $152.00 and $23.46 in costs. This amount shall be paid in addition to,

and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)